DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DELROY CHAMBERS JR.,**
Appellant,

v.

**DELROY CHAMBERS, SR.,**
Appellee.

No. 4D2025-2090

[May 14, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lillian B. Ewen, Judge; L.T. Case No. 562025DR000155AXXXHC.

Philippe Revah of Revah Law Group, Hallandale Beach, for appellant.

John Garry Rooney of Rooney & Rooney, P.A., Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***